# IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

UNDERWOOD FARMS, LLC,     *

     Plaintiff     *

vs.     *    Case No. CV-2003-_1413_

JOHNSTON SEED COMPANY,     *

     Defendant     *    **JURY TRIAL DEMANDED**

## COMPLAINT

## COUNT ONE

## PROMISSORY FRAUD

CIRCUIT COURT
BALDWIN COUNTY, AL
FILED
DEC 1 0 2003
JACKIE N. CALHOUN
CIRCUIT COURT CLERK

1. On or about August 14, 2003, the Defendant came into Baldwin County, Alabama, and got FOURTEEN THOUSAND FOUR HUNDRED NINETY NINE AND NO/100 ($14,499.00) DOLLARS' worth of millet from the Plaintiff and while picking up said millet in Baldwin County, Alabama, the Defendant promised the Plaintiff that it would pay the Plaintiff for said millet. At the time the Defendant made said promise, it knew that it was not going to pay the Plaintiff and said promise was made with the intention to defraud the Plaintiff and said promise was further made maliciously and intentionally.

2. Plaintiff relied upon the Defendant's misrepresentation and allowed the Defendant to pick up some FOURTEEN THOUSAND FOUR HUNDRED NINETY NINE AND NO/100 ($14,499.00) DOLLARS' worth of millet. To this date, and after many requests, the Defendant refuses to pay the Plaintiff for said millet.

**WHEREFORE**, Plaintiff demands judgment against the Defendant for FOURTEEN THOUSAND FOUR HUNDRED NINETY NINE AND NO/100 ($14,499.00) DOLLARS, plus interest, for compensatory damages, and FIFTY THOUSAND AND NO/100 ($50,000.00) DOLLARS in punitive damages, interest and costs.

## COUNT TWO

## BREACH OF CONTRACT

1. On or about the 14th day of August, 2003, the Defendant agreed to pay to the Plaintiff the sum of FOURTEEN THOUSAND FOUR HUNDRED NINETY NINE AND NO/100 ($14,499.00) DOLLARS for approximately nine hundred (900) bags of brown top millet. Plaintiff supplied said nine hundred (900) bags of brown top millet to the Defendant and Defendant has breached said contract by failing to pay the Plaintiff.

WHEREFORE, Plaintiff demands judgment against the Defendant in the amount of FOURTEEN THOUSAND FOUR HUNDRED NINETY NINE AND NO/100 ($14,499.00) DOLLARS, interest and costs.

WILKINS, BANKESTER, BILES & WYNNE

By: _____
Bayless E. Biles (BIL002)
Attorney for Plaintiff
Post Office Box 400
Bay Minette, Alabama 36507
251/937-7024

Plaintiff demands trial by jury of all issues.

_____
Bayless E. Biles

Serve Defendant via certified mail at:

Johnston Seed Company
Post Office Box 2268
Ashburn, GA 31714


# ARTICLES OF ORGANIZATION

## OF

## UNDERWOOD FARMS, L.L.C.

The undersigned, acting as organizers of UNDERWOOD FARMS, L.L.C., under the Alabama Limited Liability Company Act, adopt the following Articles of Organization for said Limited Liability Company.

### ARTICLE ONE:

### NAME OF COMPANY

The name of the Limited Liability Company is UNDERWOOD FARMS, L.L.C. (hereinafter "the Company").

### ARTICLE TWO:

### PERIOD OF DURATION

The period of duration is thirty (30) years from the date of the filing of these Articles of Organization with the Alabama Secretary of State, unless the Company is sooner dissolved.

### ARTICLE THREE:

### PURPOSE

The Company is organized for any legal and lawful purpose pursuant to the Alabama Limited Liability Company Act, except for the purpose of banking or insurance.

1


EXHIBIT B

ARTICLE FOUR:

REGISTERED OFFICE AND AGENT

The location of the initial registered office of the Company is **19389 Underwood Road, Foley, Alabama, 36535**; and the mailing address of the initial registered office of the Company is **19389 Underwood Road, Foley, Alabama, 36535**; and the name and address of the Company's initial registered agent is **DONALD UNDERWOOD, 19389 Underwood Road, Foley, Alabama, 36535**.

ARTICLE FIVE:

INITIAL MEMBERS

The names and mailing addresses of the initial members of the Company are as follows:

Donald Underwood
19389 Underwood Road
Foley, Alabama 36535

Vonceil Underwood
19389 Underwood Road
Foley, Alabama 36535

ARTICLE SIX:

ADDITIONAL MEMBERS

The managing members, as identified in the Company's Operating Agreement, reserve the right to admit additional members and determine the capital contributions of such members. Notwithstanding the foregoing, the additional members may not become

2

MISC 0102 PAGE 0733

managing members unless and until selected to such position as provided in Article Seven of the Company's Operating Agreement.

### ARTICLE SEVEN:

### CONTINUATION UPON WITHDRAWAL OF MEMBERS

The members shall have the right to continue the Company upon the death, retirement, resignation, expulsion, bankruptcy or dissolution of a member or occurrence of any event which terminates the continual membership of a member in the Company (collectively, "withdrawal"), as long as there are at least two remaining members, and the remaining members agree to continue the Company by unanimous written consent within ninety (90) days after the withdrawal of a member, as set forth in the Operating Agreement of the Company.

### ARTICLE EIGHT:

### MANAGERS

The names and business addresses of the initial managers are:

Donald Underwood
19389 Underwood Road
Foley, Alabama 36535

Voncile Underwood
19389 Underwood Road
Foley, Alabama 36535

The managers may be removed and replaced by the members as provided in the Operating Agreement.

3

IN WITNESS WHEREOF, the undersigned have caused these Articles of Organization to be executed this the _15_ day of _Dec_, 1998.

Dec 15-98
DATE

_Donald Underwood_
DONALD UNDERWOOD

Dec 15-98
DATE

_Vonceil Underwood_
VONCEIL UNDERWOOD

MISC 0102 PAGE 0735

4